# United States Bankruptcy Court
# Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Gulnara Ismailova
aka Gyulnara Ismailova Bedzhanov, aka Julie Ismailova

**BANKRUPTCY NO.** 1:10–bk–19704–KT

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–0411
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 11/9/10

**JOINT DEBTOR INFORMATION:**
Eddie Bedjan
aka Eduard Vazgenovich Bedzhanov

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–0407
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 11/9/10

**Address:**
16907 Germain Street
Granada Hills, CA 91344

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and
(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: November 9, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**21 / EG3**